IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK THOMAS GRUNAU, | ) | No. C 10-5648 WHA (PR) |
| Petitioner, | ) ) | **ORDER DENYING LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS** |
| v. | ) ) | |
| RICK M. HILL, | ) ) | **(Docket No. 12)** |
| Respondent. | ) ) ) | |

     This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. 2254. The petition was denied on its merits, and a certificate of appealability was denied in the same order. Petitioner has filed a notice of appeal and a motion for leave to proceed on appeal in forma pauperis. The certificate of appealability was denied because "no reasonable jurist would find the denial of his claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the same reason, petitioner's appeal is not taken in "good faith" and consequently leave to proceed on appeal in forma pauperis is **DENIED**. *See* 28 U.S.C. § 1915(a)(3).

     **IT IS SO ORDERED**.

DATED: December 22, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.10\GRUNAU5648.AFP.wpd